# IN THE SUPREME COURT OF THE STATE OF NEVADA

STANLEY EARNEST RIMER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 70352

FILED

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the clerk of the district court to serve copies of his petition and memorandum on the respondents named in his postconviction petition for a writ of habeas corpus and to provide him with a copy for his records. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:     Hon. Douglas Herndon, District Judge
        Stanley Earnest Rimer
        Clark County District Attorney
        Attorney General/Carson City
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-18945